# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY RAFAEL VIGAL,<br><br>  Plaintiff,<br><br>  v.<br><br>HOLLAND, et al.,<br><br>  Defendants. | **Case No. 1:14-cv-00810-JLT (PC)**<br><br>**ORDER REQUIRING DEFENDANTS TO FILE A RESPONSIVE PLEADING**<br><br>**30 DAY DEADLINE** |

Plaintiff, Larry Rafael Vigal, is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initially filed this action in the Central District of California on May 8, 2013. (Doc. 1.) Subsequent to screening and amendment, Plaintiff's Second Amended Complaint ("2ndAC") was ordered served on Defendants Perez, Clayton, Carol, and Westergreen ("Defendants"). (Doc. 13.) Defendants waived service (Docs. 18, 20, 22, 24) and filed a motion to dismiss for improper venue, failure to state a claim, and failure to exhaust administrative remedies prior to filing suit (Doc. 27). The Central District granted the motion in part which resulted in the transfer of the action to this court and denied the remaining grounds without prejudice to being raised in this Court. (Doc. 34.)

This Court received this action on May 28, 2014. (Doc. 36.) To date, Defendants have neither file an answer, nor any other responsive pleading in this action.

///

///

1

Accordingly, Defendants are HEREBY ORDERED to file a responsive pleading in this action **within 30 days** of the date of service of this order.

IT IS SO ORDERED.

Dated:   **July 9, 2014**                                       **/s/ Jennifer L. Thurston**
                                                                                        UNITED STATES MAGISTRATE JUDGE